## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>             Plaintiffs,<br><br>       v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>             Defendant. | Civil Action No. 20-cv-1160 (TSC) |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated September 10, 2020, Plaintiffs National Federation of the Blind, *et al.*, and Defendant Andrew Saul, in his official capacity as Commissioner of Social Security, by and through undersigned counsel, respectfully submit this joint status report.

1.      On September 10, 2020, this Court granted the parties' Joint Motion for Mediation (Dkt. 33). This Court stayed the case and referred it to the Circuit Executive's office for mediation.

2.      On September 14, 2020, Carolyn Lerner—Chief Circuit Mediator—was appointed to serve as mediator in this case. Since then, the parties have engaged in separate discussions with the mediator regarding potential settlement as well as joint negotiation sessions on October 23 and October 28, 2020.

3.      The parties have so far been unable to come to an agreement to settle this case, but they continue to negotiate, and have a further joint mediation session scheduled for November 20, 2020.

4. Given the parties' upcoming November 20, 2020 joint mediation session, the parties propose to file another joint status report by November 30, 2020—updating the Court on the status of the mediation and informing the Court whether the parties request that the Court lift the stay and return this case to a litigation posture.

Dated: November 13, 2020

/s/ *Eve L. Hill*
Eve L. Hill (D.C. Bar No. 424896)
Andrew D. Freeman (admitted pro hac vice)
Abigail A. Graber (D.D.C. Bar No. MD109)
Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
adf@browngold.com
agraber@browngold.com

*Attorneys for Plaintiffs*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Andrew F. Freidah*
ANDREW F. FREIDAH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0879
andrew.f.freidah@usdoj.gov

*Attorneys for Defendant*