## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL FEDERATION OF
THE BLIND, *et al.*,

                    Plaintiffs,

          v.                                          Civil Action No. 20-cv-1160 (TSC)

ANDREW SAUL, Commissioner of Social
Security,

                    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated September 10, 2020, Plaintiffs National

Federation of the Blind, *et al.*, and Defendant Andrew Saul, in his official capacity as

Commissioner of Social Security, by and through undersigned counsel, respectfully submit this

joint status report.

1.      On September 10, 2020, this Court granted the parties' Joint Motion for

Mediation (Dkt. 33). This Court stayed the case and referred it to the Circuit Executive's office

for mediation.

2.      On September 14, 2020, Carolyn Lerner—Chief Circuit Mediator—was

appointed to serve as mediator in this case. Since then, the parties have engaged in separate

discussions with the mediator regarding potential settlement as well as joint negotiation sessions

on October 23, 2020, October 28, 2020, November 20, 2020, and January 7, 2021.

3.      The parties continue to negotiate towards a potential resolution of the case.

4.      Given that the parties are in continuing settlement negotiations, the parties propose to file another joint status report by February 1, 2021, updating the Court on the status of the mediation.

Dated: January 27, 2021

/s/ *Eve L. Hill*
Eve L. Hill (D.C. Bar No. 424896)
Andrew D. Freeman (admitted pro hac vice)
Abigail A. Graber (D.D.C. Bar No. MD109)
Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
adf@browngold.com
agraber@browngold.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Andrew F. Freidah*
ANDREW F. FREIDAH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0879
andrew.f.freidah@usdoj.gov

*Attorneys for Defendant*