UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>                    Defendant. | Civil Action No. 20-cv-1160 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 18, 2021, Plaintiffs National Federation of the Blind, *et al.*, and Defendant Kilolo Kijakazi in her official capacity as Acting Commissioner of Social Security, by and through undersigned counsel, respectfully submit this joint status report.

1.      On September 10, 2020, this Court granted the parties' Joint Motion for Mediation (Dkt. 33).  This Court stayed the case and referred it to the Circuit Executive's office for mediation.  On September 14, 2020, Carolyn Lerner—Chief Circuit Mediator—was appointed to serve as mediator in this case.

2.      After engaging in mediation discussions, the parties filed a Joint Motion for Stay on February 18, 2021, requesting that the Court continue the stay of the proceedings for nine months, during which time the Social Security Administration ("SSA") would "conduct a further

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Commissioner of Social Security Kilolo Kijakazi is substituted in her official capacity in this case.

study and analysis of certain issues relevant to the litigation, which could allow the parties to reach a mediated resolution of their dispute." Dkt. 42.

3. That same day, the Court granted the Joint Motion for Stay, continuing the stay in this action until further order of the court, and ordering the parties to file a joint status report and proposed order by November 19, 2021.

4. SSA's study and analysis of certain issues relevant to the litigation is still ongoing. Therefore, the parties propose to file another joint status report by December 20, 2021. A proposed order is attached.

Dated: November 19, 2021

/s/ *Eve L. Hill*
Eve L. Hill (D.C. Bar No. 424896)
Andrew D. Freeman (admitted pro hac vice)
Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
adf@browngold.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Andrew F. Freidah*
ANDREW F. FREIDAH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0879
andrew.f.freidah@usdoj.gov

*Attorneys for Defendant*