## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Civil Action No. 20-cv-1160 (TSC) |

### [PROPOSED] ORDER

Upon consideration of the parties' November 19 2021 Joint Status Report, it is hereby

**ORDERED** that the parties shall file a joint status report by December 20, 2021.


DATE: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE