UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>       Defendant. | Civil Action No. 20-cv-1160 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated November 19, 2021, Plaintiffs National Federation of the Blind, *et al.*, and Defendant Kilolo Kijakazi in her official capacity as Acting Commissioner of Social Security, by and through undersigned counsel, respectfully submit this joint status report.

1. The Social Security Administration's study and analysis of certain issues relevant to the litigation is still ongoing.

2. Pursuant to the Court's November 19, 2021 Minute Order, the parties will submit a further Joint Status report by January 19, 2022, updating the court on the status of the case.

2

| | |
|---|---|
| Dated: December 20, 2021 | Respectfully submitted, |
| /s/ *Eve L. Hill* | BRIAN M. BOYNTON |
| Eve L. Hill (D.C. Bar No. 424896) | Acting Assistant Attorney General |
| Andrew D. Freeman (admitted pro hac vice) | |
| Brown, Goldstein & Levy LLP | CARLOTTA P. WELLS |
| 120 E. Baltimore Street, Suite 1700 | Assistant Branch Director |
| Baltimore, MD 21202 | |
| Tel.: (410) 962-1030 | /s/ *Andrew F.Freidah* |
| Fax: (410) 385-0869 | ANDREW F. FREIDAH |
| ehill@browngold.com | Trial Attorney |
| adf@browngold.com | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| *Attorneys for Plaintiffs* | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Tel: (202) 305-0879 |
| | andrew.f.freidah@usdoj.gov |
| | |
| | *Attorneys for Defendant* |