UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | Civil Action No. 20-cv-1160 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 19, 2021, Plaintiffs National Federation of the Blind, *et al.*, and Defendant Kilolo Kijakazi in her official capacity as Acting Commissioner of Social Security, by and through undersigned counsel, respectfully submit this joint status report.

1. On February 17, 2022, Laurel Malson was appointed to serve as the new mediator in this case. The parties are engaging in discussions with the mediator regarding potential settlement.

2. Pursuant to the Court's November 19, 2021 Minute Order, the parties will submit a further Joint Status report by September 21, 2022, updating the court on the status of the case.

2

| | |
|---|---|
| Dated: August 22, 2022 | Respectfully submitted, |
| | |
| /s/ *Eve L. Hill* | BRIAN M. BOYNTON |
| Eve L. Hill (D.C. Bar No. 424896) | Principal Deputy Assistant Attorney General |
| Andrew D. Freeman (admitted pro hac vice) | |
| Brown, Goldstein & Levy LLP | CARLOTTA P. WELLS |
| 120 E. Baltimore Street, Suite 2500 | Assistant Branch Director |
| Baltimore, MD 21202 | |
| Tel.: (410) 962-1030 | /s/ *Andrew F. Freidah* |
| Fax: (410) 385-0869 | ANDREW F. FREIDAH |
| ehill@browngold.com | Trial Attorney |
| adf@browngold.com | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| *Attorneys for Plaintiffs* | 1100 L Street NW |
| | Washington, D.C. 20005 |
| | Tel: (202) 305-0879 |
| | andrew.f.freidah@usdoj.gov |
| | |
| | *Attorneys for Defendant* |