UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No. 20-cv-1160 (TSC) |

**JOINT STATUS REPORT**

　　Pursuant to the Court's Minute Order dated November 19, 2021, Plaintiffs National Federation of the Blind, *et al.*, and Defendant Kilolo Kijakazi in her official capacity as Acting Commissioner of Social Security, by and through undersigned counsel, respectfully submit this joint status report.

　　1.　　On February 17, 2022, Laurel Malson was appointed to serve as the new mediator in this case. The parties are engaging in discussions with the mediator regarding potential settlement.

　　2.　　Pursuant to the Court's November 19, 2021 Minute Order, the parties will submit a further Joint Status report by March 23, 2023, updating the court on the status of the case.

Dated: February 21, 2023

/s/ *Eve L. Hill*
Eve L. Hill (D.C. Bar No. 424896)
Andrew D. Freeman (admitted pro hac vice)
Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
adf@browngold.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Andrew F. Freidah*
ANDREW F. FREIDAH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-0879
andrew.f.freidah@usdoj.gov

*Attorneys for Defendant*